IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **TIMOTHY NELSON EVANS** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **Civil No. 1:10CV460-HSO-JMR** |
| | § | |
| **LISA LADNER**, *et al.* | § | **DEFENDANTS** |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, DENYING PLAINTIFF'S MOTIONS TO REOPEN CASE, AND FINDING ALL REMAINING PENDING MOTIONS AS MOOT

This matter is before the Court on the Report and Recommendation [134] of

Chief Magistrate Judge John M. Roper, entered in this cause on December 9, 2011.

On February 2, 2011, this Court entered a Final Judgment of Dismissal [115],

which granted Plaintiff's Motion to Voluntarial [sic] Dismiss [112] and dismissed

the above captioned cause as to all parties.  On June 1, 2011, Plaintiff filed what the

Clerk docketed as a Motion to Reopen Case [120], followed by a Second Motion to

Reopen Case [121] and other various Motions [122], [125], [126], [127], [128], [130].

The Court referred the Motions to Reopen [120], [121], and any Motions related

thereto, to the Magistrate Judge.  The Magistrate Judge recommended that

Plaintiff's Motions to Reopen Case [120], [121], be denied.  *See* Report and

Recommendation [134], at pp. 1, 3.  Plaintiff filed a Response [136] on January 12,

2012, stating that he "accepts" Judge Roper's "recommendation of closure of civil

case as presented to Court."  Resp. [136], at p. 1.

The Court finds that the Magistrate Judge properly recommended that the

Plaintiff's Motions to Reopen Case [120], [121], be denied.  After referral of hearing

by this Court, no objections having been filed as to the Report and

Recommendation, and the Court, having fully reviewed the same as well as the record and relevant law in this matter, and being fully advised in the premises, finds that the Report and Recommendation should be adopted in its entirety as the opinion of this Court.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the Report and Recommendation [134] of Chief Magistrate Judge John M. Roper, entered on December 9, 2011, should be, and hereby is, adopted in its entirety as the finding of this Court.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, the Motion to Reopen Case [120] and Second Motion to Reopen Case [121] filed by Plaintiff are **DENIED**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, all remaining pending Motions [122], [125], [126], [127], [128], [130], are **MOOT**.

**SO ORDERED AND ADJUDGED,** this the 13th day of January, 2012.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

2